EUBANK, APPELLANT, *v.* ANDERSON, WARDEN, ET AL., APPELLEES.

[Cite as *Eubank v. Anderson,* 119 Ohio St.3d 349, 2008-Ohio-4477.]

(No. 2008–0933—Submitted August 26, 2008—Decided September 10, 2008.)

———

**Per Curiam.**

{¶ 1} This is an appeal from a judgment denying a motion for relief from a judgment dismissing a petition for a writ of habeas corpus. Because the court of appeals did not abuse its discretion in denying the motion, we affirm.

{¶ 2} In 1985, appellant, James R. Eubank, was convicted of two counts of involuntary manslaughter and two counts of aggravated arson and was sentenced to prison. In 2007, Eubank filed a petition in the Court of Appeals for Lorain County for a writ of habeas corpus to compel his release from prison. The court of appeals dismissed the petition.

{¶ 3} Nearly a year after the dismissal of his petition, Eubank filed a motion pursuant to Civ.R. 60(B)(1) for relief from the judgment dismissing his petition. Eubank claimed that the court had made a "mistake" in its decision. The court of appeals denied the motion.

{¶ 4} In his appeal as of right from the court of appeals' determination, we must determine whether the court of appeals abused its discretion in denying Eubank's motion for relief from judgment. *State ex rel. Russo v. Deters* (1997), 80 Ohio St.3d 152, 153, 684 N.E.2d 1237 ("In an appeal from a Civ.R. 60(B) determination, a reviewing court must determine whether the trial court abused its discretion").

{¶ 5} The court of appeals did not abuse its discretion in denying Eubank's motion for relief from judgment because in a timely appeal from the judgment dismissing the petition, Eubank could have raised his claim that the court of appeals erred in dismissing his habeas corpus petition. *Harris v. Anderson,* 109 Ohio St.3d 101, 2006-Ohio-1934, 846 N.E.2d 43, ¶ 9. "A Civ.R. 60(B) motion for relief from judgment cannot be used as a substitute for a timely appeal * * *." *Key v. Mitchell* (1998), 81 Ohio St.3d 89, 90–91, 689 N.E.2d 548.

{¶ 6} Based on the foregoing, we affirm the judgment of the court of appeals.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

James R. Eubank, pro se.

Nancy Hardin Rogers, Attorney General, and Diane Mallory, Assistant Attorney General, for appellee.